IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILIPPI S. LOWE,

       Plaintiff,

vs.                                      CASE NO.:  3:07cv493/MCR/MD

ELOISE M. SMITH, et al.,

       Defendants.
_____/

## O R D E R

       Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 17, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court except as to dismissal of the conspiracy claims against the individual defendants.  Plaintiff shall be allowed to file an amended complaint setting forth the factual basis for a claim of conspiracy under 42 U.S.C. § 1985 against the two individual defendants applying the pleading standards for conspiracy as outlined by the magistrate judge in the Report and Recommendation, as well as facts supporting diversity as an independent basis for federal jurisdiction.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order except as to dismissal of the conspiracy claims against the individual defendants.

       2.    Plaintiff's claims against State of Florida, USAA Insurance, and The United State[s] are dismissed for failure to state an actionable claim against these defendants.

3.     Plaintiff shall be allowed twenty (20) days from the date of entry of this order to file an amended complaint setting forth the factual basis for a claim of conspiracy under 42 U.S.C. § 1985 against the two individual defendants applying the pleading standards for conspiracy as outlined by the magistrate judge in the Report and Recommendation, as well as facts supporting diversity as an independent basis for federal jurisdiction.

DONE AND ORDERED this 25th day of April, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**