**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PHILIPPI S. LOWE,

    Plaintiff,

vs.                                 CASE NO.:  3:07cv493/MCR/MD

ELOISE M. SMITH, et al.,

    Defendants.
_____/

**O R D E R**

    In the April 25, 2008, Order adopting the magistrate judge's Report and Recommendation dismissing certain claims, the Plaintiff was allowed twenty (20) days in which to file an amended complaint setting forth the factual basis for a claim of conspiracy under 42 U.S.C. § 1985 against the two individual defendants applying the pleading standards for conspiracy as outlined by the magistrate judge in the Report and Recommendation, as well as facts supporting diversity as an independent basis for federal jurisdiction. (See doc. 17).  Plaintiff has not filed an amended complaint in response to the Order and the time for compliance has long since elapsed.

    Accordingly, it is ORDERED:

    1.    This cause of action is dismissed without prejudice for Plaintiff's failure to prosecute this action and failure to comply with an order of the court.

    2.    The clerk shall enter judgment accordingly.

    **DONE AND ORDERED** this 30th day of May, 2008.

                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**